UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AIDAN'S REAL ESTATE, INVESTMENTS, LLC.,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:20-890 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| **AARON'S INC.,** | : | |
| | : | |
| Defendant | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant's objections to the report and recommendation of Judge Carlson **(Doc 32)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Carlson **(Doc. 31)** is **ADOPTED IN ITS ENTIRETY**.

**(3)** The plaintiff's motion for summary judgment **(Doc. 17)** is **GRANTED AS TO LIABILITY ONLY**.

**(4)** The instant action is **REMANDED** to Judge Carlson for further proceedings with respect to a determination as to the appropriate amount of damages due and owing plaintiff.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 5, 2021**
20-890-01